UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS TANKSLEY and JANE DOE TANKSLEY, and the marital community composed thereof, *et al.,*<br><br>Defendants. | CASE NO. C07-843RSM<br><br>ORDER OF TRANSFER |

Defendants in this matter moved for a change of venue to the United States District Court for the Eastern District of Washington, asserting that venue was proper only in that district, where they reside. The Court found no merit to that assertion, but raised, on its own motion, the possibility of transfer to that district pursuant to 28 U.S.C. §1404(a), for the convenience of parties and witnesses, and in the interest of justice. The underlying matter upon which this action is based, *Northwest Ironworkers Health and Security Fund, et al., v. Rodbusters, Inc., et al.,* Cause No. CV-04-383-RHW, was litigated to judgment in that district. The complaint in this action asserts that defendants are the alter ego of Rodbusters. The Court therefore ordered plaintiffs to show cause why the action should not be transferred to the Eastern District of Washington pursuant to § 1404(a). Dkt. # 17. The Court specifically noted that the alter ego inquiry which will take place in litigating this matter is highly fact specific, and most of the relevant evidence and witnesses necessary to that inquiry can be found in the Eastern District of Washington rather than in this district.

ORDER OF TRANSFER - 1

1    Plaintiffs have not responded to the Order to Show Cause in any way.  Accordingly, defendants'
2 motion to transfer  (Dkt. # 7) is GRANTED, and this matter is hereby TRANSFERRED to the United
3 States District Court for the Eastern District of Washington, which has jurisdiction over the matter
4 pursuant to 29 U.S.C. § 1132(e)(2).
5    The Clerk is directed to terminate this case and to forward the file, together with a certified copy
6 of this Order, to the Clerk of Court, United States District Court for the Eastern District of Washington,
7 as related to Cause. No. CV04-0383- RHW.
8    DATED this 5 Day of  November 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

28   ORDER OF TRANSFER - 2